# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BROOKE HINTON,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHOOTER ALLEY, INC., JOAQUIN RAMU, and LOUIS RAMU,**<br><br>Defendants. | Civil Action No. 1:16-cv-04699-CAP |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Brooke Hinton and Defendants Shooter Alley, Inc., Joaquin Ramu, and Louis Ramu, by and through the undersigned counsel, hereby dismiss the above styled case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own costs and fees.

**DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.

- 1 -

- 2 -

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com

Georgia Bar No. 262375

COUNSEL FOR PLAINTIFF

**SCHULTEN WARD TURNER & WEISS, LLP**

*s/ Dean R. Fuchs*
Dean R. Fuchs
Georgia Bar No. 279170

260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Telephone
(404) 688-6840 Facsimile
d.fuchs@swtwlaw.com

COUNSEL FOR DEFENDANTS

- 2 -

- 3 -

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **BROOKE HINTON,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**SHOOTER ALLEY, INC.,**<br>**JOAQUIN RAMU, and**<br>**LOUIS RAMU,**<br><br>     **Defendants.** | Civil Action No. 1:16-cv-04699-CAP |

## CERTIFICATE OF SERVICE

I certify that on May 25, 2017, I electronically filed a true and correct copy of the parties' **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all counsel of record.

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791